IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS PENA, | : | CIVIL ACTION NUMBER |
| Plaintiff | : | 15-cv-00534 (WB) |
| | : | |
| -vs- | : | |
| | : | |
| CORIZON HEALTH, INC.; | : | |
| WEXFORD HEALTH SOURCES, INC.; | : | |
| MUHAMMAD GOLSORKHI, M.D.; | : | |
| KIMBERLY TOBIN, CRNP; KEVIN | : | |
| HEPLER, M.D.; A.M. EUBANKS, M.D.; | : | |
| V. GANDY, M.D.; LINDA DEIBERT, P.A. | : | |
| JACK ZIMMERLY, D.O.; PATRICK J. | : | |
| NAGLE, PAC; and CASEY | : | |
| THORNLEY, PAC, | : | |
| Defendants | : | |

| | | |
|---|---|---|
| CARLOS PENA | : | |
| | : | |
| v. | : | CIVIL ACTION - LAW |
| | : | |
| MOBILEXUSA, INC. | : | NO.  2:15-cv-04290-WB |
| and | : | |
| JAMES I. COLLINS, M.D. | : | |

**STIPULATION OF DISMISSAL AS TO DEFENDANT,
MOBILEX, INC.**

It is hereby stipulated and agreed t **Mobilex USA, Inc.** is hereby dismissed as a defendant

without attorney's fees or costs against any party.

| | |
|---|---|
| **O'CONNOR KIMBALL LLP** | **WILLIAMS CUKER BEREZOFSKY** |
| | |
| BY:  s/Stephen E. Siegrist | By:  s/Beth Cole |
| STEPHEN E. SIEGRIST, Esq. | BETH COLE, Esq, |
| Attorney for Defendants | Attorney for Plaintiff |
| Corizon Health, Inc., | |

| | |
|---|---|
| **WEBER GALLAGHER SIMPSON FRIES & NEWBY LLP** | **LAW OFFICE OF PETER A. CALLAHAN** |
| By:   s/Kenneth D. Powell, Jr         KENNETH D. POWELL, JR., Esq.         Attorney for Wexford Health Sources, Inc., defendants | By:   s/ Peter A. Callahan         PETER A. CALLAHAN         Attorney for Defendant MobilexUSA, Inc. |

**BURNS WHITE LLC**

By:   s/Maria R. Granaudo
       MARIA R. GRANAUDO
       Attorney for James I. Collins, M.D.

Dated: March 15, 2016